JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| NAYANG LEI, | ) Case No. 5:20-cv-01495-TJH-JDE |
|---|---|
| | ) Case No. 5:21-cv-00155-TJH-JDE |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| USA DHS, et al., | ) |
| | ) |
| Respondents. | ) |

Pursuant to the Order re Summary Dismissal of Actions,

IT IS ADJUDGED that the petitions are denied and these actions are dismissed without prejudice.

DATED: MARCH 10, 2021

_____
TERRY J. HATTER, JR.
United States District Judge